Kathleen E. Hegel, SB# 104522
Perry M. Shorris (Admitted Pro Hac Vice)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
333 Bush Street, Suite 1100
San Francisco, California 94104
Telephone: 415.438.6656
Facsimile: 415.434.0882
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| Hanover Insurance Company, | No. 4:16-cv-01114-JST |
| Plaintiff, | |
| v. | |
| Mason McDuffie Real Estate, Inc. dba Better Homes and Gardens Mason McDuffe, Mason McDuffie of Marin County, L.P., Avenino David Cobo, Melody B. Royal, Darren C. Hall, and Edmond L. Krafchow, | [~~PROPOSED~~] **ORDER RE: STIPULATION TO DISMISS** |
| Defendants. | |

The Court, having considered the Parties' Stipulation to Dismiss, and finding good cause, therefore:

IT IS HEREBY ORDERED that this matter is dismissed, with prejudice.

IT IS SO ORDERED.

Dated: __February 2____, 2018.

_____
JON S. TIGAR
United States District Judge



4830-7586-7483.1

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on February 2, 2018, I electronically transmitted the foregoing to the parties indicated below, by function of the Court's CM/ECF filing system. All parties receive electronic notification of such filing, as indicated:

John C. Kirke, Esq.
Lorin B. Bender, Esq.
**DONAHUE FITZGERALD LLP**
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
jkirke@donahue.com
lbender@donahue.com
*Attorneys for Defendants*

　　　*/s/ Trish Whitlock*